# Exhibit 2

| US8713624B1 | Justwatch ("The accused instrumentality") |
|---|---|
| 4. A method for providing and tracking a receiver station's use of a discrete computer network function in a data network at a data collection station, said receiver station having a data network connection, a processor, an input device, and a data storage device, said data network having a plurality of data information sources, said method comprising the steps of: | The accused instrumentality discloses a method for providing and tracking (e.g., recording user activity, search history, content viewed, etc.) a receiver station's (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) use of a discrete computer network function (e.g., playback function, streaming function, etc.) in a data network (e.g., Wi-Fi network, cellular network, etc.) at a data collection station (e.g., server of the accused instrumentality), said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) having a data network (e.g., Wi-Fi network, cellular network, etc.) connection, a processor (e.g., processor of the user device enabled with the accused instrumentality), an input device (e.g., input device such as keyboard, mouse, remote, touchscreen, etc.), and a data storage device (e.g., memory of the user device enabled with the accused instrumentality), said data network (e.g., Wi-Fi network, cellular network, etc.) having a plurality of data information sources (e.g., video sources of the accused instrumentality, servers, etc.). <br><br> As shown below, the accused instrumentality is a video streaming platform. The accused instrumentality transmits video content over the internet to a user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc. These devices include input device such as mouse, touch display panel, keyboard, remote, etc. for receiving user input to play a video. When a user selects a video to play, the processor of the user device enabled with the accused instrumentality processes the user input and performs playback. When a user plays a video, the user's interests, as well as user information such as location, search history, browsing activity, content viewed, user interaction, etc., are stored on the user's device in the form of cookies in the memory of the user device enabled with the accused instrumentality. The user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc. transfers the recorded user browsing activity, user interests, user interaction, etc., to the server of the accused instrumentality (data collection station) over the Internet using a Wi-Fi network, cellular network, etc. |



https://www.justwatch.com/us

JustWatch is a free streaming guide, designed to help you find where to watch your favorite movies and shows online.

https://support.justwatch.com/hc/en-us/articles/360020520097-What-is-JustWatch



https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



https://www.justwatch.com/us/apps

https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



https://www.justwatch.com/us/tv-show/from

### Input Devices

Last Updated : 29 Sep, 2025

Input devices are important parts of a computer that help us communicate with the system.

- These devices let us send data or commands to the computer, allowing it to process information and perform tasks.
- Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.



https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

In the context of smart TVs, the "core" usually refers to the CPU. The CPU is the "brain" of the TV, responsible for executing all computational tasks and data processing. It directly affects the TV's operating speed, image processing capabilities, and overall user experience.

https://jokbentv.com/NewsDetail/4904688.html

**The primary roles of the CPU in a smart TV include:**
**Running the Operating System and Applications:** Ensuring smooth system operation and supporting multitasking.
**Image and Video Processing:** Optimizing image quality and ensuring smooth playback of HD and 4K videos.
**Network Connection and Data Transmission:** Managing network connections to ensure fast and stable streaming.

https://jokbentv.com/NewsDetail/4904688.html

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

The processor manages the hardware resources, decodes audio/video streams, handles user inputs, and controls network activities. It also manages the TV's features, such as voice control, gesture recognition, and smart home integration.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

Smart TVs typically have between **2GB to 8GB of RAM** and **8GB to 64GB of internal storage**, depending on the brand and model. Budget models usually offer less memory, while premium smart TVs provide more for smoother multitasking and app storage.

## Why does a smart TV need memory?

Memory in a smart TV serves two main purposes:

- **RAM (Random Access Memory)** - Ensures smooth performance when running apps or switching tasks.

- **Internal Storage** - Stores the operating system, apps, and cached data.

https://hotelsabruzzo.com/how-much-memory-do-smart-tvs-have

## Components of a Smartphone processor or SOC

**Central Processing Units (CPU):** The CPU is responsible for all the main functions. It is the brain of the SOC. It controls all other components and executes instructions.

**Graphics processing unit (GPU):** The GPU is responsible for rendering graphics. It is used for tasks such as gaming, video playback, and image processing.

https://www.smartphonesplus.com/blog/smartphone-processors-what-do-they-do/

### Key Components of a Smartphone :

- **Display**
- **Operating system (OS)**
- **Processor**
- **Memory (RAM & ROM)**
- **Battery**
- **Camera**
- **Connectivity Modules**
- **Sensors**
- **Audio components**

https://exploremyblogs.com/how-does-a-smartphone-work/

## Processor

Processor gets instructions from OS and apps, these instructions tell what task to perform

Decoding instructions – Processor decode these instructions to understand what needs to be done. It breaks them into simple steps.

Executing instructions – based on decoded instructions, processor performs calculations or actions, this could be like adding numbers to displaying an image on screen.

https://exploremyblogs.com/how-does-a-smartphone-work/

## Processor

At the heart of the smartphone hardware is the system processor. In modern smartphones, this is mainly based on a System On a Chip, or SoC, that integrates more than just the processor.

https://predictabledesigns.com/whats-inside-a-smartphone/

All smartphones and tablets have a set amount of storage space built into them. For some devices the amount can increase, but even when that is possible, there are limits to how much

https://blog.indypl.org/research-learn/smartphone-storage-space/



https://www.justwatch.com/us/tv-show/from

## 2. Data processing on our website

When you visit our website, our web server temporarily stores each access in a log file. The following data is collected and stored until it is deleted automatically:

- IP address of the requesting computer
- JustWatch ID
- Date and time of access
- Name and URL of the accessed file
- Notification of whether the retrieval was successful
- Identification data of the browser and operating system used.

https://support.justwatch.com/hc/en-us/articles/6549675973149-Privacy-Policy

We use so-called cookies to make your visit to our website comfortable and to enable the use of certain functions. Cookies are small text files that are used as identifiers. We transfer them to the hard drive of your computer via your web browser and can read them during your current visit (so-called session cookies). Please note that certain cookies are already stored as soon as you enter our website. Our cookies are protected against being read by third parties by means of your browser's security standards. You have the option of preventing cookies from being stored on your computer via the appropriate settings in your browser. However, this may limit the functionality of our website or prevent you from accessing it.

The legal basis for the data processing is art. 6 (1) (f) GDPR.

https://support.justwatch.com/hc/en-us/articles/6549675973149-Privacy-Policy

The purpose of JustWatchTV is to provide users with licensed content available in their regions and to enable a personalized streaming experience. All collected data is processed and stored in compliance with applicable data protection laws, particularly the General Data Protection Regulation (GDPR) and other relevant regulations. Appropriate technical and organizational measures are implemented to ensure data security. When using the JustWatchTV feature, we collect and process certain personal data to provide and improve the streaming service. This data includes, among other things:

- Information on how users interact with the video player, such as play, pause, and search actions, as well as the number of users viewing a particular title. This anonymous data helps us continuously optimize the functionality and user experience of JustWatchTV.

- Collection and processing of users' IP addresses to determine their geographic location. This is necessary to enforce content availability restrictions in line with our licensing agreements. JustWatchTV content is available only in regions where we hold the relevant streaming rights.

- JustWatchTV uses cookies, including those from Google Ads, to analyze user interactions with displayed advertisements and deliver personalized advertising based on this data. Users have the option to manage or disable tracking cookies through their browser settings or our cookie management tool.

https://support.justwatch.com/hc/en-us/articles/6549675973149-Privacy-Policy

## 6. Interest-based advertising

We would like to suggest the movies that best suit your personal taste and show you where you can watch them. What we do, provided you have given us your consent: to personalize your experience, we collect, process and store your interactions with our website. This allows us to send you tailored or interest-based advertisements that are optimized for your profile. These ads may be displayed on JustWatch as well as on other websites you visit or apps you use (using retargeting technology). They may also be delivered in emails. If you do not give your consent, we will still show you ads on our website, but they will not be personalized.

In general, all your data is collected in anonymized or pseudonymized form, but we may also collect personal data for explicitly defined use cases. Subject to your consent, we process certain data with the help of third parties and share your data with our business partners. More details on this can be found below. When you use our mobile app, we may collect your GPS location, subject to your additional consent. We may look at how often you use the app and where you downloaded it.

https://support.justwatch.com/hc/en-us/articles/6549675973149-Privacy-Policy

| | |
|---|---|
| | **16. How we store and protect your data** <br><br> We process and store your data in highly secure data centers within the EU, operated by Amazon Web Services and the Google Cloud Platform. These data centers are secured and certified to the highest standards (at least ISO 27001, 27017, 27018 and EU Standard Contractual Clauses (SCCs)) and protected by signed data processing addenda. <br><br> https://support.justwatch.com/hc/en-us/articles/6549675973149-Privacy-Policy |
| providing at least one of operating instructions and executable code to a plurality of receiver stations from said plurality of data information sources; | The accused instrumentality discloses providing at least one of operating instructions (e.g., instructions related to video content such as playback instructions, ad-insertion instructions, etc.) and executable code to a plurality of receiver stations (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) from said plurality of data information sources (e.g., video sources of the accused instrumentality, servers, etc.). <br><br> As shown below, the accused instrumentality is a video streaming platform. The accused instrumentality transmits video content over the internet to a user device enabled with the accused instrumentality, such as a smart TV, etc. The video content includes instructions to play the video, play advertisements between video, etc. |



https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



receiver station

https://www.justwatch.com/us/apps



https://www.justwatch.com/us/tv-show/from



https://www.justwatch.com/us/tv-show/from



https://www.justwatch.com/us/tv-show/from

## Input Devices

Last Updated : 29 Sep, 2025

Input devices are important parts of a computer that help us communicate with the system.

- These devices let us send data or commands to the computer, allowing it to process information and perform tasks.
- Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.



https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/

**JustWatch - Streaming Guide**

About this app

×

Features & Functionality

✔ 100% legal streaming offers: watch movies and TV shows online through paid subscriptions, free streaming, streaming with ads, renting and buying (as download).

✔ Watchbar: select your favorite video services amongst 85+ available and filter different attributes like genre or release year.

✔ Search Engine: 90,000+ movies and shows listed with trailers, synopsis, cast, ratings and VOD offers.

✔ Timeline: stay up-to-date with our daily list of new releases for movies and TV shows on Netflix, Hulu and 83 other providers.

✔ Popular: find out where to watch the best movies and the best TV shows online.

✔ Price Drops: find the best deals for renting and buying movies and TV shows online, updated daily.

✔ Watchlist: turn your smartphone into the ultimate media remote - queue movies on your device - no login required.

✔ Login: create an account and synchronize your Watchlist on all your devices.

https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



https://www.justwatch.com/us/tv-show/from

| performing said function based on said at least one of operating instructions and said executable code at said receiver station by executing said | The accused instrumentality discloses performing said function (e.g., playback function, streaming function etc.) based on said at least one of operating instructions (e.g., instructions related to video content such as playback instructions, ad-insertion instructions, etc.) and said executable code at said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.) by executing said at least one of instructions (e.g., instructions related to video content such as playback instructions, ad-insertion instructions, etc.) and said executable code with said processor (e.g., processor of the user device enabled with the accused instrumentality). |
|---|---|

| at least one of instructions and said executable code with said processor; | As shown below, the accused instrumentality is a video streaming platform. The accused instrumentality transmits video content over the internet to a user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc. The video content includes instructions to play the video, play advertisements between video, etc. When a user selects a video to play, the processor of the user device processes the user input and performs playback function based on playback instructions. |
|---|---|



https://play.google.com/store/apps/details?id=com.justwatch.justwatch&hl=en_US&gl=US



https://www.justwatch.com/us/apps

## Input Devices

Last Updated : 29 Sep, 2025

Input devices are important parts of a computer that help us communicate with the system.

- These devices let us send data or commands to the computer, allowing it to process information and perform tasks.
- Whether it's typing on a keyboard or clicking a mouse, these devices enable us to interact with the computer and accomplish tasks.



https://www.geeksforgeeks.org/computer-science-fundamentals/what-are-input-devices/



https://www.justwatch.com/us/tv-show/from



https://www.justwatch.com/us/tv-show/from



https://www.justwatch.com/us/tv-show/from

Whether you're buying the best OLED or a budget TV, a TV's processor is the microchip that handles all computational tasks on your smart TV. It runs the TV's operating system, processes commands from your remote or voice assistant, runs streaming apps, upscales and improves content to look better on the screen, and coordinates all the smart features you'd expect from a modern TV.

https://www.tomsguide.com/tvs/does-your-tvs-processor-actually-matter-heres-what-it-really-does

At first, the only Internet-connected TVs with integrated apps were high-end models, and you paid a premium to have additional processors run Netflix and other apps in the menu. That's not the case anymore. Almost all TVs have a single processing chip inside, called a System on a Chip (SoC), that is responsible for everything the TV does, such as input switching, local dimming and image processing, as well as all of the smart TV features. Because TV manufacturers integrate SoCs in all their models, a TV without smart apps would still use the same SoC hardware as one with apps, so it saves no money to omit the smart TV features.

https://www.nytimes.com/wirecutter/blog/what-is-a-smart-tv/

In the context of smart TVs, the "core" usually refers to the CPU. The CPU is the "brain" of the TV, responsible for executing all computational tasks and data processing. It directly affects the TV's operating speed, image processing capabilities, and overall user experience.

https://jokbentv.com/NewsDetail/4904688.html

**The primary roles of the CPU in a smart TV include:**
**Running the Operating System and Applications:** Ensuring smooth system operation and supporting multitasking.
**Image and Video Processing:** Optimizing image quality and ensuring smooth playback of HD and 4K videos.
**Network Connection and Data Transmission:** Managing network connections to ensure fast and stable streaming.

https://jokbentv.com/NewsDetail/4904688.html

A smart TV is an embedded system. It's built by integrating several components, making a specialized computer system. The main hardware components are as follows.

1. Processor
2. Motherboard (System on Chip)
3. Memory
4. Input/output ports

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

## Processor

Smart TVs function as an embedded computer system with a processor as their core. The processor powers the operating system, applications, user interface, and TV features, providing speed and performance.

The processor manages the hardware resources, decodes audio/video streams, handles user inputs, and controls network activities. It also manages the TV's features, such as voice control, gesture recognition, and smart home integration.

https://www.engineersgarage.com/smart-tv-as-embedded-computer-system/

At the heart of the smartphone hardware is the system processor. In modern smartphones, this is mainly based on a System On a Chip, or SoC, that integrates more than just the processor.

https://predictabledesigns.com/whats-inside-a-smartphone/

## Components of a Smartphone processor or SOC

**Central Processing Units (CPU):** The CPU is responsible for all the main functions. It is the brain of the SOC. It controls all other components and executes instructions.

**Graphics processing unit (GPU):** The GPU is responsible for rendering graphics. It is used for tasks such as gaming, video playback, and image processing.

https://www.smartphonesplus.com/blog/smartphone-processors-what-do-they-do/

**Key Components of a Smartphone :**

- **Display**
- **Operating system (OS)**
- **Processor**
- **Memory (RAM & ROM)**
- **Battery**
- **Camera**
- **Connectivity Modules**
- **Sensors**
- **Audio components**

https://exploremyblogs.com/how-does-a-smartphone-work/

<table>
<tr><td></td><td>

**Processor**

Processor gets instructions from OS and apps, these instructions tell what task to perform

Decoding instructions – Processor decode these instructions to understand what needs to be done. It breaks them into simple steps.

Executing instructions – based on decoded instructions, processor performs calculations or actions, this could be like adding numbers to displaying an image on screen.

https://exploremyblogs.com/how-does-a-smartphone-work/

</td></tr>
<tr><td>recording an identification of said performed function at said data storage device at said receiver station; and</td><td>

The accused instrumentality discloses recording an identification (e.g., Justwatch ID, name and url of accessed content, user interaction, browsing history, date and time of access, etc.) of said performed function (e.g., playback function, streaming function, etc.) at said data storage device (e.g., memory of the user device enabled with the accused instrumentality) at said receiver station (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc.).

As shown below, the accused instrumentality is a video streaming platform. The accused instrumentality transmits video content over the internet to a user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc. These devices include input device such as mouse, touch display panel, keyboard, remote, etc. for receiving user input to play a video. When a user selects a video to play, the processor of the user device enabled with the accused instrumentality processes the user input and performs playback. When a user plays a video, the user's interests, as well as user information such as location, search history, browsing activity, name and url of content viewed, user interaction, date and

</td></tr>
</table>

time of access, etc., are stored on the user's device in the form of cookies in the memory of the user device enabled with the accused instrumentality.



https://www.justwatch.com/us

JustWatch is a free streaming guide, designed to help you find where to watch your favorite movies and shows online.

https://support.justwatch.com/hc/en-us/articles/360020520097-What-is-JustWatch

| | |
|---|---|
| transferring said record of identification to said data collection station on said data network through said receiver station data network connection. | The accused instrumentality discloses transferring (e.g., transmitting) said record of identification (e.g., Justwatch ID, name and url of accessed content, user interaction, browsing history, date and time of access, etc.) to said data collection station (e.g., server of the accused instrumentality) on said data network (e.g., Wi-Fi network, cellular network, etc.) through said receiver station data network connection (e.g., user device enabled with the accused instrumentality such as smart TV, smartphone, laptop, etc. connected to Wi-Fi network, cellular network, etc.).<br><br>As shown below, the accused instrumentality is a video streaming platform. The accused instrumentality transmits video content over the internet to a user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc.  These devices include input device such as mouse, touch display panel, keyboard, remote, etc. for receiving user input to play a video. When a user selects a video to play, the processor of the user device enabled with the accused instrumentality processes the user input and performs playback. When a user plays a video, the user's interests, as well as user information such as location, search history, browsing activity, name and url of content viewed, user interaction, date and time of access, etc., are stored on the user's device in the form of cookies in the memory of the user device enabled with the accused instrumentality. The user device enabled with the accused instrumentality, such as a smart TV, smartphone, laptop, etc. transfers the recorded user browsing activity, user interests, user interaction,  name and url of content viewed, date and time of access  etc., for storing to the server of the accused instrumentality (data collection station) over the Internet using a Wi-Fi network, cellular network, etc.<br><br>JustWatch is a free streaming guide, designed to help you find where to watch your favorite movies and shows online.<br><br>https://support.justwatch.com/hc/en-us/articles/360020520097-What-is-JustWatch |